KIRCHNER, ADMR., APPELLANT, *v.* SHOOTERS ON
THE WATER, INC. ET AL., APPELLEES.

[Cite as *Kirchner v. Shooters on the Water, Inc.,*
122 Ohio St.3d 348, 2009-Ohio-3714.]

(No. 2006–1682—Submitted June 16, 2009—Decided August 4, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Lang v. Holly Hill Motel, Inc.,* 122 Ohio St.3d 120, 2009-Ohio-2495, 909 N.E.2d 120.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *Lang v. Holly Hill Motel, Inc.*

Paul W. Flowers Co., L.P.A., and Paul W. Flowers; and Law Offices of Frank Gallucci and Leon M. Plevin, for appellant.

Valore & Cruse Co., L.P.A., Jeffrey M. Elzeer, and Kathryn A. Kerka; and Taft, Stettinius & Hollister, L.L.P., and Mark J. Valponi, for appellees Shooters on the Water, Inc., and Roger Loecy.

Davis & Young and George W. Lutjen, for appellees Michael Miller, Judith Miller, and Gabrielle Miller.

Dennis R. Spirgen, for appellee Sugar Warehouse Limited Partnership.